# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

        Plaintiff,


v.                                              **ORDER**
                                                Criminal File No. 11-295 (MJD/LIB)


ROBERT JOSEPH DOWNWIND,

        Defendant.

Deidre Y. Aanstad, Assistant United States Attorney, Counsel for Plaintiff.

Manny K. Atwal, Office of the Federal Defender, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Leo I. Brisbois dated October

24, 2011.  [Docket No. 28.]  Defendant Robert Joseph Downwind filed objections

to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the

Court **ADOPTS** the Report and Recommendation of United States Magistrate

Judge Brisbois dated October 24, 2011.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1.  The Court **ADOPTS** Magistrate Judge Leo I. Brisbois's Report
    and Recommendation dated October 24, 2011 [Docket No. 28].

2.  Defendant Robert Joseph Downwind's Motion to Suppress
    Evidence Obtained as a Result of Search and Seizure [Docket No.
    14] and Motion to Suppress Eyewitness Identifications [Docket
    No. 19] are **DENIED**.

Dated:   January 8, 2012                 s/ Michael J. Davis
                                         Michael J. Davis
                                         Chief Judge
                                         United States District Court